ROBERT S. BECKETT, ESQ
Nevada Bar #3383
600 S. Third St.
Las Vegas, NV 89101
(702) 334-4886 Telephone
(702) 529-5292 Facsimile
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>vs.<br><br>**JAMES VICTOR TINNES**,<br>  *Defendant* | Case No. 2:20-mj-00177-EJY<br><br>STIPULATION TO VACATE STATUS CONFERENCE<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Robert Beckett Esq., counsel for James Victor Tinnes, that the Status Conference currently scheduled on December 3, 2020, be vacated.

This Stipulation is entered into for the following reasons:

1. Mr. Tinnes has complied with the conditions of his plea, and the completed requirements have been supplied to opposing counsel. He has not had any contact with law enforcement.

2. The Defendant did complete all of the conditions within the six (6) months so he should be allowed to withdraw his plea to count one – Operating a Motor Vehicle while Under the Influence of Alcohol and plead guilty to Count two a charge of Refusal to Submit to a chemical test. The

parties will request that the same sentence be applied to the Refusal to Submit to a Chemical Test conviction.

Accordingly, the parties agree that the Status Check hearing set for Thursday, December 3, 2020 at 1:30 p.m. be vacated.

DATED this 2nd day of December, 2020.

By _____
ROBERT S. BECKETT, ESQ
Nevada Bar #3383
Attorney for Defendant

NICHOLAS A. TRUTANICH
United States Attorney

s/Rachel Kent

By _____
RACHEL KENT
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,               )
                                        ) Case No. 2:20-mj-00177-EJY
    *Plaintiff*,                        )
                                        ) **Order**
vs.                                     )
                                        )
**JAMES VICTOR TINNES**,                )
    *Defendant*

IT IS THEREFORE ORDERED that the Status Conference hearing currently scheduled for Thursday, December 3, 2020 at 1:30 p.m., be vacated.

DATED this 3rd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE